## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN

**CIVIL ACTION NO.   1:13CV-00033-JHM**

**Lawrence Carta**                                                                                        **Plaintiff**

vs.

**Portfolio Recovery Associates, LLC**                                                **Defendant**

## ORDER OF REFERRAL

Pursuant to Title 28, United States Code, Section 636(b)(1)(A), this matter is referred to United States Magistrate Judge H. Brent Brennenstuhl for disposition of all pretrial motions with the exception of dispositive motions. The Magistrate Judge is authorized and empowered to conduct all necessary hearings or other proceedings which, in his discretion, he deems necessary in order to properly address said motions.

This 28th day of March, 2013.

ENTERED BY ORDER OF COURT
CHIEF JUDGE JOSEPH H. MCKINLEY, JR.
UNITED STATES DISTRICT COURT

VANESSA L. ARMSTRONG, CLERK

BY:     s/ Traci J. Duff
             Deputy Clerk

cc: Counsel of record