# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Bowling Green Division

| | |
|---|---|
| Lawrence Carta )<br>    *Plaintiff* )<br> )<br>v. )<br> )<br>Portfolio Recovery Associates, LLC )<br>    *Defendant* )<br> )<br> ) | Case No.    1:13-cv-00033-JHM |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that he is Dismissing with Prejudice his Complaint in this action on grounds that the parties have reached an agreement that settled all issues between them.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
10600 Timberwood Circle
Suite 1
Louisville, KY 40223
(502) 473-6525
Email: james@kyclc.com